```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 08290
   LORI M BENDEL
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-5721


------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/03/04 and confirmed on 04/23/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  73436.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| MID AMERICA BANK | CURRENT MORTG | .00 | .00 | .00 |
| JP MORGAN CHASE BANK | SECURED | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 2873.00 | 28.64 | 2873.00 |
| BECKET & LEE LLP | UNSECURED | 3690.77 | 167.28 | 3145.64 |
| ANN TAYLOR | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5729.12 | 259.66 | 4882.93 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8175.23 | 370.44 | 6967.75 |
| ROUNDUP FUNDING LLC | UNSECURED | 6431.00 | 291.44 | 5481.14 |
| ROUNDUP FUNDING LLC | UNSECURED | 5626.01 | 254.94 | 4795.05 |
| ROUNDUP FUNDING LLC | UNSECURED | 463.87 | 21.48 | 395.36 |
| ECAST SETTLEMENT CORP | UNSECURED | 2331.86 | 108.06 | 1987.44 |
| TSYS DEBT MANAGEMENT | UNSECURED | 495.17 | 22.82 | 422.03 |
| CAPITAL ONE FINANCIAL | UNSECURED | 711.88 | 33.54 | 606.74 |
| SMC | UNSECURED | 939.22 | 42.62 | 800.50 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7760.35 | 351.65 | 6614.15 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6908.64 | 320.50 | 5888.23 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 577.76 | 26.37 | 492.42 |
| ROUNDUP FUNDING LLC | UNSECURED | 7895.55 | 357.74 | 6729.38 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ECAST SETTLEMENT CORPORA | UNSECURED | 852.77 | 38.70 | 726.82 |
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 537.82 | 25.38 | 458.38 |
| LORD & TAYLOR | UNSECURED | 370.10 | 17.21 | 315.44 |
| NIEMAN MARCUS | UNSECURED | 609.91 | 27.89 | 519.83 |
| NORDSTROM | UNSECURED | NOT FILED | .00 | .00 |
| RETAILERS NATIONAL BANK | UNSECURED | 14.18 | 1.17 | 12.09 |

```
SMC                         UNSECURED        1409.21          63.92         1201.07
SBC AMERITECH               UNSECURED       NOT FILED           .00             .00
VON MAUR                    UNSECURED         150.76           7.34          128.49
ECAST SETTLEMENT CORPORA    UNSECURED        8124.60         368.22         6924.60
JP MORGAN CHASE BANK        MORTGAGE ARRE     534.12            .00          534.12
SHOPPERS CHARGE ACCOUNTS    UNSECURED         273.56          12.88          233.16
GMAC PAYMENT CENTER         SECURED              .00            .00             .00
RETAILERS NATIONAL BANK     UNSECURED        2560.40         106.97         2182.23
INTERNAL REVENUE SERVICE    UNSECURED          28.55           1.64           24.33
```

Summary of disbursements:

```
                    SECURED      PRIORITY     UNSECURED       OTHER         TOTAL

TOTAL CLMS ALLOWED   534.12       2873.00      72668.29         .00       76075.41
PRINCIPAL PAID       534.12       2873.00      61935.20         .00       65342.32
INTEREST PAID           .00          28.64      3299.86         .00        3328.50
TOTAL PAID           534.12       2901.64      65235.06         .00       68670.82
```

The Debtor's attorney, KATHLEEN VAUGHT                , was allowed $   2700.00
and was paid $    900.00   direct and $   1800.00   through the plan.

The Trustee received $    2965.18 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 10/15/07                   /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE